

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THANH SAM SU )<br>)<br>Defendant. ) | 2:96-CR-0085-LDG-BNW |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#311), sentencing held on January 22, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: MGM GRAND HOTEL AND CASINO
Amount of Restitution: $15,060.00

Name of Payee: SHERATON DESERT INN HOTEL AND CASINO
Amount of Restitution: $34,337.50

Name of Payee: LAS VEGAS HILTON HOTEL AND CASINO
Amount of Restitution: $14,612.50

**Total Amount of Restitution ordered:** $64,010.00**
**Joint and Several with co-defendants

Dated this _13_ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE